**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MANUEL GARCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.-S-06-252-GEB |
| | ) | |
| PLAINTIFF, | ) | STIPULATION AND PROPOSED ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | TO NOVEMBER 17, 2006 |
| | ) | |
| MANUEL GARCIA ,et al., | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| _____ | ) | |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. Mary L. Grad and the defendant: MANUEL GARCIA, represented by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Friday, November 3, 2006, at 9:00 a.m. before the Honorable District Court Judge Garland E. Burrell, Jr., shall be continued to Friday, November 17, 2006, at 9:00 a.m.

    The parties stipulate and agree that time shall be excluded from the speedy trial act from Friday, November 3, 2006 to and including Friday, November 17, 2006, under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation in the case.

1

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | McGREGOR W. SCOTT<br>UNITED STATES ATTORNEY |
|   | /s/ Mary L. Grad by telephone authorization |
| DATED: 10-31-06 | _____<br>MARY L. GRAD<br>Assistant United States Attorney<br>Attorneys for the Plaintiff |
|   | /s/ JAMES R. GREINER |
| DATED: 10-31-06 | _____<br>JAMES R. GREINER<br>Attorney for defendant Manuel Garcia |

**ORDER**

**IT IS SO ORDERED.**

DATED: November 1, 2006.

_____
**GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT JUDGE**